IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ASA LEBBAWI BENYAMEN, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:15-cv-00142 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| JOHN A. WOODSON, *et al.*, | ) | By:   NORMAN K. MOON |
|     Defendant(s). | ) |        United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This  27th  day of April, 2015.

                                              /s/ Norman K. Moon
                                              NORMAN K. MOON
                                              UNITED STATES DISTRICT JUDGE